833 F.2d 307
 Renaud (Leo A.)
v.
Saldajeno (H.G., M.D.), Tucci (F.G.), Humphrey (Paul),
Proniewski (Ed.), Anastos (Chris), Zendell (David J.),
Ott (Tina), Sickinger (Wilbur C.), Appet (Rueben),
Scuarlli (Carol), Douglas (Stella M.), Kniesler (Frederick),
Paulsen (Glenn R.), Gonis (George J.), Crusey (Howard W.),
DeCottis (D.C.), Fornabai (Robert J., Kenneth J.)
 NO. 87-5364
 United States Court of Appeals,
Third Circuit.
 OCT 26, 1987
 
 Appeal From: D.N.J.,
 Fisher, J.
 
 
 1
 AFFIRMED.